UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v. CA 08-084 ML

MONIQUE LANDRY, in her capacity as the Claim Representative of Progressive Insurance Company

HAKEEM PELUMI

v. CA 08-085 ML

DAVID CICILLINE, in his capacity as the Mayor of Providence

HAKEEM PELUMI

v. CA 08-086 ML

DENNIS G. GERSTMEYER, in his capacity as Chief Operator Control Officers, State of Rhode Island Division of Motor Vehicles

HAKEEM PELUMI

v. CA 08-087 ML

GORDON HEPWORTH, in his capacity as the Claim Representative of State Farm Mutual Automobile Insurance Company

HAKEEM PELUMI

v. CA 08-105 ML

STATE OF RHODE ISLAND,
JEROME SMITH, in his capacity as
District Court Administrator, 6th
Division, on behalf of Richard Finnegan

HAKEEM PELUMI

v. CA 08-106 ML

SUSAN MENARD, in her capacity as
the Mayor of Woonsocket, on behalf of
Officer Marsha Houle

HAKEEM PELUMI

v. CA 08-107 ML

MICHAEL HOULE

MEMORANDUM AND ORDER

These matters are before the Court on Objections to the Report and Recommendation issued by Magistrate Judge Almond on May 30, 2008. This Court has reviewed the Report and Recommendation, Plaintiff's objections, and the previous Report and Recommendation which addressed the deficiencies in Plaintiff's original complaints. The Court is mindful that Plaintiff is proceeding *pro se*, however, that status does not relieve Plaintiff of meeting the most basic of pleading requirements. As Magistrate Judge Almond correctly points out, none of Plaintiff's initial or amended

pleadings survive scrutiny pursuant to 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Reports and Recommendations are adopted in full and the Amended Complaints are hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 30, 2008