# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v. **C.A. NO: 08-084ML**

**MONIQUE LANDRY, in her capacity as the Claim Representative of Progressive Insurance Company**

**HAKEEM PELUMI**

**v. C.A. NO. 08-085ML**

**DAVID CICILLINE, in his capacity as Mayor of Providence**

**HAKEEM PELUMI**

**v. C.A. NO. 08-086ML**

**DENNIS G. GERSTMEYER, in his capacity as Chief Operator Control Officer, State of RI Division of Motor Vehicles**

**HAKEEM PELUMI**

**v. C.A. NO. 08-087ML**

**GORDON HEPWORTH, in his capacity as the Claim Representative of State Farm Mutual Automobile Insurance Company**

**HAKEEM PELUMI**

**v. C.A. NO. 08-105ML**

**STATE OF RHODE ISLAND,**
**JEROME SMITH, in his capacity as District**

**Court Administrator, 6th Division on behalf of Richard Finnegan**

**HAKEEM PELUMI**

**v. C.A. NO. 08-106ML**

**SUSAN MENARD, in her capacity as Mayor of Woonsocket, on behalf of Officer Marsha Houle**

**HAKEEM PELUMI**

**v. C.A. NO. 08-107ML**

**MICHAEL HOULE**

**Rhode Island Department of Corrections and The State of Rhode Island**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the defendants, Monique Landry, David Cicilline, Dennis Gerstmeyer, Gordon Hepworth, State of Rhode Island, Jerome Smith, Susan Menard and Michael Houle, against the Plaintiff, Hakeem Pelumi, pursuant to the Memorandum and Order dated June 30, 2008 accepting the Report and Recommendation of Magistrate Judge Almond dated May 30, 2008 pursuant to Title 28 U.S.C. § 636(b)(1). The Plaintiff's Amended Complaints are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)**

**Enter:**

**Dated: June 30, 2008**

Barbara Barletta

**Deputy Clerk**