**.UNITED STATES DISTRICT COURT FOR**

**THE FIRST DISTRICT OF RHODE-ISLAND**

| | | |
|---|---|---|
| HAKEEM PELUMI,<br><br>Plaintiff,<br><br>vs.<br><br>MONIQUE LANRY, Individually and in her official capacity, OFFICER CUTE, individually and in his official capacity. et -al., DENNIS GERSTMEYER, individually and in his official capacity. et-al, GORDONG HEPWORTH. individually and in his official capacity. e,<br><br>Defendants | : | Case No.: C.A. No 08-84ML, 08-85ML, 08-86ML, 08-87ML, 08-105ML, 08-106ML, 08-107ML.<br><br>**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF THE DISTRICT COURT FRCP 59, FRAP 4.** |

Notice is hereby given that Hakeem Pelumi, the plaintiff in the above named cases, hereby appeal to the United States Court of Appeals for the first circuit from the final judgment of the district court's Adoption of Judge Almond's Report and Recommendation to Dismiss all plaintiff's seven cases entered in this action on the 30th day of June, 2008.

Dated this 10th day of July, 2008.

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI
Tel: (401) 356-0660